NUMBER 13-03-526-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
LABOR READY, INC.,                                                        Appellant,

v.

HOWLIS M. SCOTT,                                                           Appellee.
____________________________________________________________________

On appeal from the 214th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, LABOR READY, INC., perfected an appeal from a judgment entered
by the 214th District Court of Nueces County, Texas, in cause number 01-0718-F. 
After the notice of appeal was filed, the parties filed a joint motion to dismiss the
appeal. In the motion, the parties state that this case has been resolved and appellant
no longer wishes to prosecute this appeal. Appellant requests that this Court dismiss
the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 26th day of February, 2004.